# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIE VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>Defendant. | Case No. 1:17-cv-01553-JDP<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR A 21-DAY EXTENSION TO FILE OPENING BRIEF<br><br>(Doc. No. 15.) |

The parties jointly move for a 21-day extension for plaintiff to file an opening brief (Doc. No. 15.) The motion is granted. The opening brief is due on Friday, September 7, 2018. All corresponding briefing deadlines are modified accordingly.

IT IS SO ORDERED.

Dated: August 17, 2018

_____
UNITED STATES MAGISTRATE JUDGE