Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA 94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHELLE MARIE VARGAS

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
ELLINOR R. CODER
Social Security Administration
Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, CA 94105
(415) 977-89555
ellinor.coder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE MARIE VARGAS,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:17-CV-1553 (JDP)<br><br>STIPULATION AND ORDER FOR AWARD AND PAYMENT OF ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (28 U.S.C. §2412(d)) |

1  IT IS HEREBY STIPULATED by and between the parties, through their undersigned
2  attorneys, subject to the approval of the Court, that Michelle Marie Vargas ("Plaintiff") be
3  awarded attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412 (d), in
4  the amount of six thousand seven hundred fifty-three dollars and fifty-eight cents ($6,753.58).
5  This represents compensation for legal services rendered on behalf of Plaintiff by counsel in
6  connection with this civil action, in accordance with 28 U.S.C. §2412 (d).

7  After the Court issues an Order for EAJA fees to Plaintiff, the government will consider
8  the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. Pursuant to *Astrue v.*
9  *Ratliff*, 560 U.S. 586, 598 (2010), the ability to honor the assignment will depend on whether the
10 attorney fees are subject to any offset allowed under the United States Department of the
11 Treasury's Offset Program. After the Order for EAJA fees is entered, the government will
12 determine whether they are subject to any offset.

13 Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines
14 that Plaintiff does not owe a federal debt subject to offset, then the government shall cause the
15 payment of fees approved to be made payable to Melissa Newel or Newel Law (collectively
16 "Plaintiff's counsel"), pursuant to the assignment executed by Plaintiff. Any and all payments
17 made shall be delivered to Plaintiff's counsel.

18 This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA
19 attorney fees and does not constitute an admission of liability on the part of Defendant under
20 EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any
21 and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees
22 and expenses in connection with this action.
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the provisions of the EAJA.

Respectfully submitted,

Dated: May 17, 2019　　　　　　　　　　　NEWEL LAW

　　　　　　　　　　　　　　　　By:　*Melissa Newel*
　　　　　　　　　　　　　　　　　　　Melissa Newel
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　MICHELLE MARIE VARGAS

Dated: May 20, 2019　　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　Ellinor R. Coder*
　　　　　　　　　　　　　　　　　　　ELLINOR R. CODER
　　　　　　　　　　　　　　　　　　　(*Authorized by email dated 05/20/2019)
　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), fees in the amount of six thousand seven hundred fifty-three dollars and fifty-eight cents ($6,753.58) be awarded subject to the terms of the stipulation.

IT IS SO ORDERED.

Dated:　May 25, 2019　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE